JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| INMATE # K-26787 | CASE NUMBER |
|---|---|
| DEVIN HARMON, | CV 19-8938-JLS (AGR) |
| PLAINTIFF(S) | |
| v. | ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |
| PEOPLE OF THE STATE OF CALIFORNIA; RAYMOND MADDEN; et al., | |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is hereby GRANTED.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

_____
Date

_____
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed Without Prepayment of Filing Fees be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency.
- ☒ Failure to authorize disbursements from prison trust account to pay the filing fees.
- ☒ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☐ District Court lacks jurisdiction.
- ☐ Other _____

- ☐ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☐ Leave to amend would be futile.
- ☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. *See O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
Plaintiff filed a complaint without paying the filing fee or filing request to proceed in forma pauperis (IFP). Plaintiff failed to respond to court's 10/23/2019 order requiring that he pay or file an IFP request (over)

January 28, 2020
Date

*Alicia G. Rosenberg*
United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed Without Prepayment of Filing Fees is:

- ☐ **GRANTED. IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

- ☐ **DENIED.** Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.

- ☒ **DENIED,** and this case is hereby DISMISSED immediately.

- ☐ **DENIED, with leave to amend within 30 days.** Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number. If plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED.

01/30/2020
Date

United States District Judge

CV-73P (08/16)     ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

within 30 days.  The Court's January 10, 2020 order granting an extension of time sua sponte was returned by the postal service as undeliverable.  Plaintiff has not filed a notice of change of address or otherwise communicated with the court.